UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNA LE WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C05-1067-MAT<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the Stipulation between the parties, it is hereby ORDERED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) will be directed to update the record, hold a new hearing, and offer Plaintiff an opportunity to submit additional evidence, testimony, and/or arguments. The ALJ will be directed to review, reconsider, and reassess: Plaintiff's treatment record and testimony; and the medical evidence as a whole to determine the severity of

Page 1          ~~PROPOSED~~ ORDER - [C05-1067-MAT]

1 | Plaintiff's impairments, giving particular attention to evidence of Plaintiff's obesity; her moderate
2 | mental functional limitations assessed by Norman Gustavson, Ph.D.; her limited mobility evidence
3 | provided by Thomas M. Tocher, M.D.; her postural limitations assessed by Coral Hilby, M.D.,
4 |
5 | and Rex M. Alford, Jr., M.D.; and her poor prognosis for change or improvement due to
6 | maladaptive personality traits assessed by Douglas Whiteside, Ph.D.  <u>See</u>
7 | 20 C.F.R. § 416.927.  The ALJ will be directed to review, reconsider, and reassess Plaintiff's
8 | residual functional capacity.  If necessary, the ALJ should obtain vocational expert testimony to
9 |
10 | determine whether there are jobs existing in significant numbers in the national economy to which
11 | Plaintiff could make an adjustment.
12 |    The ALJ will be directed to obtain the records in connection with Plaintiff's subsequent
13 | claim and take any further action necessary to render a new decision based upon the consolidated
14 |
15 | record in this matter.
16 |    DATED this <u>8th</u> day of <u>November</u>, 2005.

                                                                _____
                                                                Mary Alice Theiler
                                                                United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov

Page 2        ~~PROPOSED~~ ORDER - [C05-1067-MAT]