01

02

03                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
04                            AT SEATTLE

05  DIANNA LE GLOVER,                 )   CASE NO. C05-1067-MAT
                                      )
06          Plaintiff,                )
                                      )
07      v.                            )   ORDER GRANTING PLAINTIFF'S
                                      )   MOTION FOR EQUAL ACCESS TO
08  JO ANNE B. BARNHART, Commissioner )   JUSTICE ACT FEES
    of Social Security,               )
09                                    )
            Defendant.                )
10  _____ )

11          Plaintiff filed a motion for fees under the Equal Access to Justice Act. (Dkt. 18.)  Plaintiff

12  seeks $6,858.88 in attorney's fees and $25.36 in expenses pursuant to the Equal Access to Justice

13  Act, 28 U.S.C. § 2412, and costs in the amount of $1.20 pursuant to 28 U.S.C. § 1920.

14  Defendant does not object to plaintiff's request. (Dkt. 19.)  Having considered plaintiff's motion,

15  the Court finds the request reasonable.  It is therefore ORDERED:

16          (1)  Plaintiff's Motion for Equal Access to Justice Act Fees is GRANTED.  Plaintiff's

17  counsel is hereby awarded the attorney's fees, costs, and expenses requested.

18          (2)  The Clerk shall send copies of this Order to the parties.

19          DATED this  3rd  day of  January , 2006.

20

21                                      Mary Alice Theiler
                                        United States Magistrate Judge
22

ORDER GRANTING PLAINTIFF'S MOTION FOR
EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1